COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTIONS

Appellate case name:     Brandy Brenay Charles and Ronald Dwayne Whitfield
                         v. Texas Department of Family and Protective Services

Appellate case number:   01-18-00311-CV

Trial court case number:   2017-02559J

Trial court:             314th District Court of Harris County

This Court's July 6, 2018 Memorandum Order of Abatement had granted appellant Brandy Charles's motion to abate and pro se appellant Ronald Whitfield's motion for the appointment of counsel as a motion to abate. On July 11 and 19, 2018, the district clerk filed the clerk's and supplemental clerk's records in this case, which included the trial court's July 10, 2018 orders denying the motion for withdrawal of appellate counsel filed by Juliane Crow, who was also appointed as Charles's guardian ad litem, and the July 10, 2018 order appointing Valeria Brock as Whitfield's appellate counsel.

On July 17, 23, and 27, 2018, appellants filed a motion to proceed as pro se and a motion to transfer/supplemental motion to transfer this case. The Texas Supreme Court's July 26, 2018 Order denied the transfer motions. On July 30, 2018, Crow filed a notice of appearance as lead counsel for Charles, noting that Crane was still co-counsel. Both Crane and Brock have filed first amended notices of appeal for Charles and Whitfield from the May 3, 2018 final decree for termination, which was assigned to 01-18-00485-CV.

Accordingly, the Court **directs** the Clerk of this Court to **REINSTATE** this case, to mark **Juliane Crow** as Charles's lead counsel, to add **Donald M. Crane** as additional counsel for Charles, and to add **Valeria Brock** as Whitfield's lead counsel. The Court **DENIES** appellants' transfer/supplemental motions per the Supreme Court's Order, **DISMISSES AS MOOT** appellants' pro se motions for rehearing/en banc reconsideration because the reinstatement relief they sought is unnecessary now that their termination appeal is pending, and any other pending motions are **DISMISSED AS MOOT**.

It is so ORDERED.

Judge's signature:   /s/ Laura C. Higley
                        Acting for the Panel

Panel consists of Justices Jennings, Keyes, and Higley.
Date: August 28, 2018